UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAVAL NOLAN SULLIVAN | CIVIL ACTION |
| VERSUS | NO. 25-659 |
| ORLEANS PARISH PRISON, *et al.* | SECTION M (4) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. The magistrate judge properly found that plaintiff Laval Nolan Sullivan's 42 U.S.C. § 1983 claims were frivolous and, alternatively, that Sullivan's complaint failed to state a claim upon which relief can be granted. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, and, as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 24th day of February, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 10.